UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE RAINE GROUP LLC,

                Plaintiff,

      -against-

REIGN CAPITAL, LLC,

                Defendant.

------------------------------------------------------------------X

21-CV-1898 (JPC) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, August 2, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 26, 2021 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               June 28, 2021

                                                    *Katharine H Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge