UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE RAINE GROUP LLC,

                            Plaintiff,

        -against-

REIGN CAPITAL, LLC,

                            Defendant.

-----------------------------------------------------------------X

21-CV-1898 (JPC) (KHP)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The settlement conference in this matter scheduled for Monday, August 2, 2021 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, August 23, 2021 at 2:00 p.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 16, 2021 by 5:00 p.m.**

        **SO ORDERED.**

DATED:    New York, New York
                July 1, 2021

                                                                    _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021