

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112    WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021
```

July 15, 2021

By Email
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

    Re: <u>The Raine Group LLC v. Reign Capital, LLC, Index. No. 1:21-cv-01898-JPC-KHP</u>

Dear Judge Parker:

    I am counsel for the Defendant Reign Capital, LLC in the above-entitled action. I write to respectfully request that the Court reschedule the settlement conference the Court set for August 23, 2021, which the Court had previously scheduled for August 2.  While my client was able to attend the August 2 date, it is unable to attend the date on August 23 due to a long scheduled family obligation. We therefore respectfully propose the August 23, 2021 settlement conference be rescheduled for August 4, 2021 August 8, 2021 or August 9, 2021, whichever date is more convenient for the Court.  Plaintiff consents to these dates. No prior requests for any adjournments have been made.

    We thank the Court for its time and consideration.

                                     Very truly yours,

                                       /s/Christopher Serbagi

---

The Court hereby cancels the settlement conference set for August 23, 2021 and reschedules the conference for **Monday, August 9, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than August 2, 2021 by 5:00 p.m.

*Katharine H Parker*
7/16/2021