```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE RAINE GROUP LLC,

                         Plaintiff,                      21-CV-1898 (JPC) (KHP)

        -against-                    **ORDER CONVERTING**
                                                         **SETTLEMENT CONFERENCE TO**
REIGN CAPITAL, LLC,                          **TELEPHONIC**

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Settlement Conference in this matter scheduled for **Monday, August 9, 2021 at 2:00 p.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

        SO ORDERED.

DATED:     New York, New York
              August 3, 2021

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge