USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE RAINE GROUP LLC,

                    Plaintiff,                    21-CV-1898 (JPC) (KHP)

    -against-                          **ORDER**

REIGN CAPITAL, LLC,

                    Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A joint status letter regarding discovery shall be filed by the parties on ECF by September 9, 2021.

        **SO ORDERED.**

DATED:      New York, New York
                 August 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge