```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE RAINE GROUP LLC,

                              Plaintiff,                            21-CV-1898 (JPC) (KHP)

              -against-                           **ORDER CONVERTING CASE**
                                                                                 **MANAGEMENT CONFERENCE TO**
REIGN CAPITAL, LLC,                                   **TELEPHONIC**

                              Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Initial Case Management Conference in this matter scheduled for Wednesday, **February 2, 2022, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

               SO ORDERED.

DATED:       New York, New York
                 January 25, 2022

                                                                   */s/ Katharine H. Parker*
                                                             _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge