```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE RAINE GROUP LLC,

                            Plaintiff,

            -against-

REIGN CAPITAL, LLC,

                            Defendant.

-----------------------------------------------------------------X

21-CV-1898 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     On February 2, 2022, a case management conference was held where the Court determined that the parties need to move expeditiously to complete discovery.

     First, the Parties are ordered to finish and submit their ESI protocol by February 9, 2022. Additionally, Plaintiff will add Joe Ravitch as a custodian and will also add a marketing custodian if there is one.

     Second, the deadline to complete document production is March 11, 2022 and the parties must produce privilege logs no later than March 18, 2022.

     Third, the parties must conduct and complete depositions by April 30, 2022.

     Lastly, the fact discovery deadline is extended to May 6, 2022 and expert discovery deadline is extended to July 8, 2022.

          **SO ORDERED.**

DATED:    New York, New York
               February 3, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge